NOT FOR CITATION

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| SYLVIA B. GUERRA,<br><br>          Plaintiff,<br><br>    v.<br><br>JO ANNE B. BARNHART, Commissioner of Social Security,<br><br>          Defendant. | Case Number C 05-1323 JF<br><br>ORDER[1] DISMISSING ACTION |

On March 31, 2005, Plaintiff Sylvia B. Guerra filed the complaint in the instant action. Pursuant to this Court's procedural order issued on March 31, 2005, Plaintiff's Motion for Summary Judgment was due on August 26, 2005. On November 10, 2005, this Court issued an order requiring Plaintiff to show cause, in writing and within thirty (30) days of the order, why this action should not be dismissed for failure to comply with a Court order and failure to prosecute. As of the date of this order, almost five months after the issuance of the order to show cause, Plaintiff has not filed any responsive document. Accordingly, this action will be

---

[1] This disposition is not designated for publication and may not be cited.

1  dismissed for failure to comply with a Court order and failure to prosecute.
2      IT IS SO ORDERED.
3
4  DATED: April 4, 2006

                                      JEREMY FOGEL
                                      United States District Judge

Case No. C 05-1323 JF
ORDER DISMISSING ACTION
(JFLC1)

1  This Order has been served upon the following persons:

2  Sylvia B Guerra
   1327 Selo Dr
3  Sunnyvale, CA 94087

4  John Carvelas
   333 Market Street, Suite 1500
5  San Francisco, CA 94105

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Case No. C 05-1323 JF
ORDER DISMISSING ACTION
(JFLC1)